**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ruth Gonzalez                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-10106 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2020-GS5 and index same on the master mailing list.

                                                        Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
02 Nov 2020, 17:07:37, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322