| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10106-PMM**

RUTH  GONZALEZ
4135 7TH AVENUE
TEMPLE  PA    19560

Petition Filed Date: 01/07/2019
341 Hearing Date: 02/26/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $190.00 | 5984246000 | 02/05/2020 | $190.00 | 5984247000 | 03/02/2020 | $190.00 | 5984248000 |
| 04/02/2020 | $190.00 | 5984249000 | 05/04/2020 | $190.00 | 5984250000 | 06/01/2020 | $190.00 | 5984251000 |
| 08/10/2020 | $190.00 |  | 08/11/2020 | $190.00 |  | 09/14/2020 | $190.00 |  |
| 10/13/2020 | $190.00 |  | 11/12/2020 | $190.00 |  | 12/11/2020 | $190.00 |  |
| 01/11/2021 | $190.00 |  | 02/11/2021 | $190.00 |  | 03/11/2021 | $190.00 |  |
| 04/12/2021 | $190.00 |  | 05/11/2021 | $190.00 |  |  |  |  |

**Total Receipts for the Period:  $3,230.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,370.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,775.00 | $2,775.00 | $0.00 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Unsecured Creditors | $2,419.48 | $145.47 | $2,274.01 |
| 2 | BECKET & LEE, LLP<br>»» 002 | Unsecured Creditors | $281.28 | $15.40 | $265.88 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Unsecured Creditors | $29,836.98 | $1,950.53 | $27,886.45 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-10106-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,370.00 | Current Monthly Payment: | $190.00 |
| Paid to Claims: | $4,886.40 | Arrearages: | $190.00 |
| Paid to Trustee: | $467.88 | Total Plan Base: | $6,890.00 |
| Funds on Hand: | $15.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.