**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    RUTH  GONZALEZ<br><br>**Debtor** | Chapter 13<br><br>Case No.19-10106-PMM |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

    Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

    The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                 **Office of the Chapter 13 Trustee**

Date: January 24, 2022                    By:    */s/ Scott F. Waterman*
                                                              Scott F. Waterman, Esquire, Chapter 13 Trustee
                                                               2901 St. Lawrence Avenue, Suite 100
                                                              Reading, PA  19606
                                                              (610)779-1313 (Phone)
                                                              (610)779-3637 fax