IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ruth Gonzalez, | : | Bankruptcy No. 19-10106-PMM |
| Debtor(s) | : | Chapter 13 |

## **PRAECIPE**

    Please withdraw Docket #53, Notice of Final Cure Mortgage Payment as it was filed in error.

                        Respectfully submitted,

Date:  January 27, 2022                /s/Scott F. Waterman
                                            Scott F. Waterman

                                            Standing Chapter 13 Trustee - Reading